Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  18−27730−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melvin Ellis Robinson Jr.
   6 Dayton Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1915

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          11/14/18
Time:          09:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 14, 2018
JAN: def

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-27730-ABA
Melvin Ellis Robinson, Jr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2018
                             Form ID: 132             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.
db              +Melvin Ellis Robinson, Jr.,    6 Dayton Court,    Sicklerville, NJ 08081-4449
517739291       +National Service Bureau, Inc,    Attn: Bankruptcy,    18912 North Creek Pkwy, Suite 205,
                  Bothwell, WA 98011-8016
517739292       +National Service Bureau, Inc,    Po Box 747,    Bothell, WA 98041-0747
517739295      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517756866       +South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ 08099-6091
517739296       +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:41     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:38     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517739286       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 15 2018 00:40:08
                  Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, FL 33146-1873
517739287       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 15 2018 00:40:08
                  Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517739288       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 00:39:24     Comenitycapital/gmstop,
                  Attn: Bankruptcy Dept,    Po Box 183003,    Columbus, OH 43218-3003
517739289       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 15 2018 00:39:25     Comenitycapital/gmstop,
                  Po Box 182120,    Columbus, OH 43218-2120
517739290        E-mail/Text: cio.bncmail@irs.gov Sep 15 2018 00:39:03     Internal Service Revenue,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517739293       +E-mail/Text: bankruptcy@sw-credit.com Sep 15 2018 00:39:42     Southwest Credit Systems,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517739294       +E-mail/Text: bankruptcy@sw-credit.com Sep 15 2018 00:39:42     Southwest Credit Systems,
                  4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Melvin Ellis Robinson, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 4