UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  MELVIN ELLIS ROBINSON, JR., Debtor

Case No.: 18-27730
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

Melvin Robinson, Jr._____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor
Camden, N.J. 08101
Courtroom 4B

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 19, 2019 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, Camden, New Jersey. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 6 Dayton Court, Sicklerville, NJ 08081

Proposed Purchaser: Stephanie Santos

Sale price: 170,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Keller Williams  / William H. Oliver, Jr.
Amount to be paid:  6% of Sale Price / Amount as will appear in HUD
Services rendered:  Dual Real Estate Broker / Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-27730-ABA
Melvin Ellis Robinson, Jr.                                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 14, 2019
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db          +Melvin Ellis Robinson, Jr.,    6 Dayton Court,    Sicklerville, NJ 08081-4449
r           +Keller Williams,    Keller Williams Realty,    381 Egg Harbor Road,    Suite 2,
              Sewell, NJ 08080-1853
517739291   +National Service Bureau, Inc,    Attn: Bankruptcy,    18912 North Creek Pkwy, Suite 205,
              Bothwell, WA 98011-8016
517739292   +National Service Bureau, Inc,    Po Box 747,    Bothell, WA 98041-0747
517739295   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
              P.O. Box 245,    Trenton, NJ 08695-0245)
517756866   +South Jersey Gas Company,    PO Box 6091,    Bellmawr, NJ 08099-6091
517739296   +Stern Lavingthal & Frankenberg,    105 Eisenhower Parkway, ste. 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2019 00:14:32      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2019 00:14:29      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517739286   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2019 00:15:02
              Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, FL 33146-1873
517739287   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2019 00:15:02
              Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517868271   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 15 2019 00:15:02
              Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
              Coral Gables, FL 33146-1837
517739288   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:07      Comenitycapital/gmstop,
              Attn: Bankruptcy Dept,    Po Box 183003,    Columbus, OH 43218-3003
517739289   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 00:14:07      Comenitycapital/gmstop,
              Po Box 182120,    Columbus, OH 43218-2120
517739290    E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 00:13:42      Internal Service Revenue,
              PO Box 7346,    Philadelphia, PA 19101-7346
517862895    E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2019 00:16:58
              LVNV Funding, LLC its successors and assigns as,     assignee of OSI Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517855099    E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2019 00:14:21
              Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
              Kirkland, WA 98083-0788
517739293   +E-mail/Text: bankruptcy@sw-credit.com Feb 15 2019 00:14:33      Southwest Credit Systems,
              4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517739294   +E-mail/Text: bankruptcy@sw-credit.com Feb 15 2019 00:14:33      Southwest Credit Systems,
              4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2           Date Rcvd: Feb 14, 2019
                              Form ID: pdf905             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Melvin Ellis Robinson, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```