UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on March 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MELVIN ELLIS ROBINSON, JR.

      Debtor

Case No.: 18-27730

Judge: ABA

Chapter: 13

Recommended Local Form:　☒ Followed　　☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Keller Williams Realty (Selling Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 18, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:    Melvin Robinson, Jr.

Case No.:    18-27730

Applicant:    Melvin Robinson, Jr.

(check all that apply)  ☐ Trustee:  ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11    ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:    Keller Williams Realty

Address of Professional:    381 Egg Harbor Road, Suite 2

Sewell, NJ 08080

☐ Attorney for (check all that apply):
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee  ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*