Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27730−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melvin Ellis Robinson Jr.
   6 Dayton Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1915

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2019
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-27730-ABA
Melvin Ellis Robinson, Jr.                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 26, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.
```
db         +Melvin Ellis Robinson, Jr.,   6 Dayton Court,   Sicklerville, NJ 08081-4449
r          +Keller Williams,   Keller Williams Realty,   381 Egg Harbor Road,   Suite 2,
             Sewell, NJ 08080-1853
r          +Keller Williams Realty,   Keller Williams Realty,   381 Egg Harbor Road,   Suite 2,
             Sewell, NJ 08080-1853
517739291  +National Service Bureau, Inc,   Attn: Bankruptcy,   18912 North Creek Pkwy, Suite 205,
             Bothwell, WA 98011-8016
517739292  +National Service Bureau, Inc,   Po Box 747,   Bothell, WA 98041-0747
517739295 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
             P.O. Box 245,   Trenton, NJ 08695-0245)
517756866  +South Jersey Gas Company,   PO Box 6091,   Bellmawr, NJ 08099-6091
517739296  +Stern Lavingthal & Frankenberg,   105 Eisenhower Parkway, ste. 302,   Roseland, NJ 07068-1640
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517739286  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2019 01:09:46
             Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
             Coral Gables, FL 33146-1873
517739287  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2019 01:09:46
             Bayview Financial Loan,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
517868271  +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 27 2019 01:09:46
             Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
             Coral Gables, FL 33146-1837
517739288  +EDI: WFNNB.COM Jul 27 2019 04:28:00      Comenitycapital/gmstop,   Attn: Bankruptcy Dept,
             Po Box 183003,   Columbus, OH 43218-3003
517739289  +EDI: WFNNB.COM Jul 27 2019 04:28:00      Comenitycapital/gmstop,   Po Box 182120,
             Columbus, OH 43218-2120
517739290   EDI: IRS.COM Jul 27 2019 04:28:00      Internal Service Revenue,   PO Box 7346,
             Philadelphia, PA 19101-7346
517862895   EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
             assignee of OSI Funding, LLC,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
517855099   EDI: Q3G.COM Jul 27 2019 04:28:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
             PO Box 788,   Kirkland, WA 98083-0788
517739293  +EDI: SWCR.COM Jul 27 2019 04:28:00      Southwest Credit Systems,   4120 International Parkway,
             Suite 1100,   Carrollton, TX 75007-1958
517739294  +EDI: SWCR.COM Jul 27 2019 04:28:00      Southwest Credit Systems,   4120 International Pkwy,
             Carrollton, TX 75007-1958
                                                                                               TOTAL: 12
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jul 26, 2019
                              Form ID: 148             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Raymond  Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Melvin Ellis Robinson, Jr. bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 8
```